UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLAKE PERRITT, ET AL.

CIVIL ACTION

VERSUS

NO.: 3:12-cv-00253-BAJ-RLB

WESTLAKE VINYLS COMPANY, LP, ET AL.

LEAD CASE

C/W 3:12-cv-00254-BAJ-RLB,
3:13-cv-00209-BAJ-RLB,
3:13-cv-00253-BAJ-RLB,
3:13-cv-00254-BAJ-RLB,
3:13-cv-00268-BAJ-RLB,
3:13-cv-00269-BAJ-RLB,
3:13-cv-00270-BAJ-RLB

### RULING AND ORDER

The Magistrate Judge has issued a **REPORT AND RECOMMENDATION (Doc. 55),** recommending that the claims of the plaintiff, Anthony Jones, be dismissed for failure to prosecute, (*id.* at p. 4).[1]  Despite having had ample opportunity, Plaintiff has not objected to the Magistrate Judge's Report, or otherwise provided any indication that he intends to pursue his cause of action against Defendants.  Thus, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 55)** and the recommendation contained therein, and **ADOPTS** it as the Court's opinion.

---

[1] In a series of Orders, this Court consolidated related cases with *Perritt, et al. v. Westlake Vinyls Company, et al.*, 3:12-cv-00253, the lead case in this matter. (*See* 3:12-cv-00253 Doc. 3; Doc. 18; Doc. 20).  In its May 28, 2013 Order, the Court explained that these cases are "consolidated for pretrial management with CV 12-253," and that the Court "will determine at a later appropriate time whether any or all of these cases will be tried separately, as provided by Rule 42(b)." (Doc. at p. 2).

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 55),

**IT IS ORDERED** that the claims of the plaintiff, Anthony Jones, **3:13-cv-00270** are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.2, for failure to prosecute. For good cause, Plaintiff may request reinstatement of his action within 30 days. *See* M.D. La. LR41.2.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter this Order in the docket for the lead case in this matter **(3:12-cv-00253)**, and in the case-specific docket for civil action **3:13-cv-00270**.

Baton Rouge, Louisiana, this 5th day of March, 2014.

*[signature: Brian A. Jackson]*

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**