UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAKE PERRITT, ET AL. | CIVIL ACTION |
| VERSUS | NO.: 12-253-BAJ-RLB |
| WESTLAKE VINYLS COMPANY, LP, ET AL. | CONSOLIDATED CASES |
| THIS DOCUMENT PERTAINS TO: | |
| FREDDIE JACKSON | CIVIL ACTION |
| VERSUS | NO.: 13-269-BAJ-RLB |
| WESTLAKE VINYLS COMPANY, LP, ET AL. | |

## ORDER

This matter is before the Court *sua sponte*. On April 30, 2013, the defendants filed a Notice of Removal, asserting that the court has diversity jurisdiction over this action based upon 28 U.S.C. § 1332. On May 28, 2013, this action was consolidated with the following other actions involving claims for personal and property injuries arising from the March 22, 2012 explosion of the defendants' facility in Geismar, Louisiana.

- *Perritt v. Westlake Vinyls Company, LP*, No. 12-cv-253-BAJ-RLB
- *Hollins v. Westlake Vinyls Company, LP*, No. 12-cv-254-BAJ-RLB
- *Goings v. Westlake Vinyls Company, LP*, No. 13-cv-209-BAJ-RLB[1]
- *Martin v. Westlake Vinyls Company, LP*, No. 13-cv-253-BAJ-RLB
- *Andrews v. Westlake Vinyls Company, LP*, No. 13-cv-254-BAJ-RLB[2]
- *Harden v. Westlake Vinyls Company, LP*, No. 13-cv-268-BAJ-RLB

---

[1] The plaintiffs have filed a motion to remand, which is now pending before the court. (R. Doc. 77).
[2] The plaintiffs have filed a motion to remand, which is now pending before the court. (R. Doc. 78).

- *Jones v. Westlake Vinyls Company, LP*, No. 13-cv-270-BAJ-RLB[3]

(R. Doc. 20). The plaintiffs in the *Perritt*, *Hollins*, *Martin*, and *Harden* actions filed motions to remand for lack of subject matter jurisdiction. The district judge granted these motions, concluding that the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(a) was not satisfied. (R. Docs. 60, 74, and 76). On appeal, the United States Fifth Circuit Court of Appeals affirmed the district judge's ruling remanding the *Perritt* and *Hollins* actions. *See Perritt v. Westlake Vinyls Company, LP*, No. 14-30145, 2014 WL 1410256 (5th Cir. Apr. 14, 2014).

In light of the district judge's rulings remanding the *Perritt*, *Hollins*, *Martin*, and *Harden* actions,

**IT IS ORDERED** that defendants Westlake Chemical Corporation and Westlake Vinyls Company, LP and plaintiff Freddie Jackson shall submit briefs or other appropriate filings no later than **June 5, 2014**, addressing whether the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(a) is satisfied for this matter.

Signed in Baton Rouge, Louisiana, on May 14, 2014.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

---

[3] This matter was dismissed for failure to prosecute. (R. Doc. 72).