UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAKE PERRITT, ET AL. | CIVIL ACTION |
| VERSUS | NO.: 3:12-cv-00253-BAJ-RLB |
| WESTLAKE VINYLS COMPANY, LP, ET AL. | LEAD CASE |
| | C/W 3:12-cv-00254-BAJ-RLB, 3:13-cv-00209-BAJ-RLB, 3:13-cv-00253-BAJ-RLB, 3:13-cv-00254-BAJ-RLB, 3:13-cv-00268-BAJ-RLB, 3:13-cv-00269-BAJ-RLB, 3:13-cv-00270-BAJ-RLB |

## RULING AND ORDER

Before the Court is Plaintiff Neil Andrews's ("Andrews") **MOTION TO REMAND (Doc. 78)**.[1] The Magistrate Judge has issued a **REPORT (Doc. 85)**, recommending that "[Andrews's] Motion to Remand (R. Doc. 78) be GRANTED and the case be remanded to the 23rd Judicial District Court, Ascension Parish, Louisiana," (*id.* at p. 8). Defendants Westlake Chemical Corporation and Westlake Vinyls Company, LP (collectively, "Westlake") do not object to the Magistrate Judge's Report. (Doc. 88).

Having carefully considered Andrews's **MOTION (Doc. 78)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 85)** and the

---

[1] In a series of Orders, this Court consolidated related cases with *Perritt, et al. v. Westlake Vinyls Company, et al.*, 3:12-cv-00253, the lead case in this matter. (*See* 3:12-cv-00253 Doc. 3; Doc. 18; Doc. 20). In its May 28, 2013 Order, the Court explained that these cases are "consolidated for pretrial management with CV 12-253," and that the Court "will determine at a later appropriate time whether any or all of these cases will be tried separately, as provided by Rule 42(b)." (Doc. at p. 2).

23rd JDC

recommendation contained therein, and **ADOPTS** it as the Court's opinion in this matter.

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 85),

**IT IS ORDERED** that Andrews's **MOTION TO REMAND (Doc.78)** is **GRANTED.**

**IT IS FURTHER ORDERED** that civil action **3:13-cv-00254** (*Neil Andrews, et al. v. Westlake Vinyls Company, LP, et al.*), is **REMANDED** to the 23rd Judicial District Court, Ascension Parish, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter this Order in the docket for the lead case in this matter **(3:12-cv-00253)**, *and* in the case-specific docket for civil action **3:13-cv-00254**.

Baton Rouge, Louisiana, this 18th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**