23rd JDC

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLAKE PERRITT, ET AL.

VERSUS

WESTLAKE VINYLS COMPANY, LP,
ET AL.

CIVIL ACTION

NO.: 3:12-cv-00253-BAJ-RLB

LEAD CASE

C/W 3:12-cv-00254-BAJ-RLB,
3:13-cv-00209-BAJ-RLB,
3:13-cv-00253-BAJ-RLB,
3:13-cv-00254-BAJ-RLB,
3:13-cv-00268-BAJ-RLB,
3:13-cv-00269-BAJ-RLB,
3:13-cv-00270-BAJ-RLB

## RULING AND ORDER

Before the Court is the Magistrate Judge's *sua sponte* **REPORT (Doc. 86)**, recommending that civil action 13-cv-00269 *Freddie Jackson v. Westlake Vinyls Company, LP, et al.*[1] be "REMAND[ED] . . . to the 23rd Judicial District Court, Ascension Parish, Louisiana for lack of subject matter jurisdiction," (*id.* at p. 9). Neither the Plaintiff nor the Defendants object to the Magistrate Judge's Report. (*See* Doc. 90; *see also* 13-cv-00269 Doc. 5).

Having carefully considered the matter, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 86)** and the recommendation contained therein, and **ADOPTS** it as the Court's opinion in this matter.

---

[1] In a series of Orders, this Court consolidated related cases with *Perritt, et al. v. Westlake Vinyls Company, et al.*, 3:12-cv-00253, the lead case in this matter. (*See* 3:12-cv-00253 Doc. 3; Doc. 18; Doc. 20). In its May 28, 2013 Order, the Court explained that these cases are "consolidated for pretrial management with CV 12-253," and that the Court "will determine at a later appropriate time whether any or all of these cases will be tried separately, as provided by Rule 42(b)." (Doc. at p. 2).

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 86),

**IT IS ORDERED** that civil action **3:13-cv-00269** (*Freddie Jackson v. Westlake Vinyls Company, LP, et al.*), is **REMANDED** to the 23rd Judicial District Court, Ascension Parish, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter this Order in the docket for the lead case in this matter **(3:12-cv-00253)**, *and* in the case-specific docket for civil action **3:13-cv-00269**.

Baton Rouge, Louisiana, this 18th day of September, 2014.

```
                                    _____
                                    BRIAN A. JACKSON, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF LOUISIANA
```